

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00142-CV

James D. **TURNER**,
Appellant

v.

Stacy L. **TURNER**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 2132B
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's final decree of divorce is AFFIRMED.

Appellee's Motion for Texas Rules of Appellate Procedure 45 Sanctions is DENIED. Costs of this appeal are to be paid by the party that incurred them.

SIGNED May 8, 2024.

_____
Lori I. Valenzuela, Justice